# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7027**                          **September Term, 2024**

1:21-cv-02674-JMC

Filed On: March 3, 2025 [2103466]

Amaala Jones-Bey, Next Friend and Mother of Daughter Z.J.-B. Individually and soon to be Personal Representative and Administrator of the Estate of Karon Hylton and Karen Hylton,

       Appellees

    v.

District of Columbia, et al.,

       Appellees

Andrew Zabavsky,

       Appellant

## **O R D E R**

The notice of appeal was filed on February 27, 2025, and docketed in this court on February 28, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 2, 2025 |
| Docketing Statement Form | April 2, 2025 |
| Entry of Appearance Form (Attorneys Only) | April 2, 2025 |
| Procedural Motions, if any | April 2, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 2, 2025 |
| Statement of Issues to be Raised | April 2, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7027**                                              **September Term, 2024**

| | |
|---|---|
| Transcript Status Report | April 2, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | April 2, 2025 |
| Dispositive Motions, if any | April 17, 2025 |

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 2, 2025 |
| Entry of Appearance Form (Attorneys Only) | April 2, 2025 |
| Procedural Motions, if any | April 2, 2025 |
| Dispositive Motions, if any | April 17, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                                  **FOR THE COURT:**
                                                                  Clifton B. Cislak, Clerk

                                         BY:     /s/
                                                           Elbert B.J. Lestrade
                                                           Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-7027**　　　　　　　　　　　　　　　**September Term, 2024**

       Civil Docketing Statement Form
       Entry of Appearance Form
       Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
          Notice Concerning Expedition of Appeals and Petitions for Review
          Stipulation to be Placed in Stand-By Pool of Cases (Optional)