# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Amaala Jones-Bey, et al.

v.

Andrew Zabavsky

**Case No:** 25-7027

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ● Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Carlos Tejera

Cory Novick

Ahmed Al-Shrawi

District of Columbia

### Counsel Information

Lead Counsel: Carl J. Schifferle

Direct Phone: (202) 724-6624  Fax: (202) 730-1472  Email: carl.schifferle@dc.gov

2nd Counsel: Caroline S. Van Zile

Direct Phone: (202) 724-6609  Fax: (202) 741-0649  Email: caroline.vanzile@dc.gov

3rd Counsel: Ashwin P. Phatak

Direct Phone: (202) 442-9807  Fax: (202) 741-0649  Email: ashwin.phatak@dc.gov

Firm Name: Office of the Attorney General for the District of Columbia

Firm Address: 400 6th Street, NW, Suite 8100, Washington, D.C. 20002

Firm Phone: (202) 727-3400  Fax: (202) 347-8922  Email: oag@dc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)