NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-7027

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMAALA JONES-BEY, *et al.*,
　Appellees,

v.

ANDREW ZABAVSKY,
　Appellant.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEES DISTRICT OF COLUMBIA, TEJERA, NOVICK, AND AL-SHRAWI'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Appellees the District of Columbia, Carlos Tejera, Cory Novick, and Ahmed Al-Shrawi furnish the following information about this case on appeal pursuant to D.C. Cir. R. 28(a)(1):

A. *Parties and amici.*—Defendant-appellant is Andrew Zabavsky. Defendant-appellees are the District of Columbia, Carlos Tejera, Cory Novick, Ahmed Al-Shrawi, and Terence Sutton. Former defendants are Muriel Bowser, the Metropolitan Police Department, and Peter Newsham. Plaintiff-appellees are Amaala Jones-Bey, in her capacity as Personal Representative of the Estate of Karon

Hylton-Brown and on behalf of her minor child, Z.J.-B.; and Karen Hylton. No intervenors or amici appeared below or have appeared, thus far, in this Court.

  B. *Rulings under review*.—Zabavsky has appealed from the order partially denying his motion to dismiss, entered by U.S. District Judge Jia M. Cobb on February 7, 2025. The decision is available at 2025 WL 435986.

  C. *Related cases*.—This case has not previously been before this Court or any other court. Undersigned counsel is unaware of any related cases pending in this Court or any other court, apart from the consolidated appeals (Nos. 24-7122 & 24-7123).

                                            Respectfully submitted,

                                            BRIAN L. SCHWALB
                                            Attorney General for the District of Columbia

                                            CAROLINE S. VAN ZILE
                                            Solicitor General

                                            ASHWIN P. PHATAK
                                            Principal Deputy Solicitor General

                                            <u>/s/ Carl J. Schifferle</u>
                                            CARL J. SCHIFFERLE
                                            Deputy Solicitor General
                                            Bar Number 463491
                                            Office of the Solicitor General

                                            Office of the Attorney General
                                            400 6th Street, NW, Suite 8100
                                            Washington, D.C. 20001
                                            (202) 724-6624
                                            (202) 730-1472 (fax)
April 2025                                  carl.schifferle@dc.gov