# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-7027
2. DATE DOCKETED: 2/28/2025
3. CASE NAME (lead parties only) Amaala Jones-Bey v. District of Columbia, et al
4. TYPE OF CASE: ☒ District Ct - ○ US Civil ● Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ● No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:21-cv-02674-JMC   Bankruptcy Court Docket No. Bankruptcy   Tax Court Docket No. Tax
      Criminal        Adversary
      Miscellaneous   Ancillary
   b. Review is sought of:
      ☐ Final Order   ☒ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Jia M. Cobb                              Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 02-07-2025   e. Date notice of appeal filed: 02-27-2025
   f. Has any other notice of appeal been filed in this case? ● Yes ○ No   If YES, date filed: 08-20-2024
   g. Are any motions currently pending in trial court? ○ Yes ○ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ● No
      If NO, why not? No transcript needed
   i. Has this case been before the Court under another appeal number? ● Yes Appeal # 24-7122,24-712 ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ● Yes ○ No If YES, give each case's court and case name, and docket number:
      Amaala Jones-Bey v. D.C., U.S. D.C.D. No. 21-cv-2674-JMC, Amaala Jones-Bey v. D.C., D.C. Cir. No. 24-7122; 24-7123
   k. Does this case turn on validity or correct interpretation or application of a statute? ○ Yes ● No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ● No   If so, provide program name and participation dates

Signature /s/ Christopher Zampogna                      Date 4/2/2025
Name of Party Andrew Zabavsky
Name of Counsel for Appellant/Petitioner Christopher Zampogna
Address Zampogna, P.C. 1775 Eye Street, NW, Suite 1150, Washington, DC 20006
Phone ( 202 ) 223-6635     Fax ( 202 ) 587-5601

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)