# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMAALA JONES-BEY, *et al.*, | : |
| Appellants, | : |
| v. | : Docket Nos. 24-7122, 24-7123, and 25-7027 |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Appellees. | : |

## APPELLANT ANDREW ZABAVSKY'S NOTICE OF FILING UNDERLYING DECISION

Appellant Andrew Zabavsky, pursuant to the Clerk's March 3, 2025 Order, respectfully submits the attached underlying decision from which this appeal arises.

Dated: April 2, 2025

Respectfully submitted,

*/s/ Christopher Zampogna*
Christopher Zampogna
Zampogna, P.C.
1775 Eye Street NW, Suite 1150
Washington, DC 20006
(202)223-6635
caz@zampognalaw.com

*Attorney for Appellant Andrew Zabavsky*

<u>Certificate of Service</u>

I hereby certify that on April 2, 2025, I served a true and correct copy of the foregoing Appellant Andrew Zabavsky's Notice of Filing Underlying Decisions on all parties involved via Pacer, the Court's ECF system.

<u>/s/ Abraham Bluestone</u>
Abraham Bluestone
Zampogna, P.C.