## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMAALA JONES-BEY, *et al.*,                  :
                                             :
       Appellants,                       :
                                             :
                                             :     Docket Nos. 24-7122, 24-7123,
v.                                           :     and 25-7027
                                             :
DISTRICT OF COLUMBIA, *et al.*,              :
                                             :
       Appellees.                        :

### APPELLANT ANDREW ZABAVSKY'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Appellant Andrew Zabavsky, pursuant to Circuit Rule 28(a)(1) and the Clerk's March 3, 2025 Order, respectfully submits this Certificate as to Parties, Rulings, and Related Cases.

### I.    PARTIES, INTERVENORS, AND *AMICUS CURIAE*

The appellants in this consolidated appeal (and defendants below) are Andrew Zabavsky, Terence Sutton, Carlos Tejera, Ahmed Al-Shrawi, and Cory Novick.  The District of Columbia is also a defendant before the district court.

The appellee in this consolidated appeal (and plaintiff below) is Amaala Jones-Bey, both in her capacity as Personal Representative of the Estate of Karon-Hylton-Brown and on behalf of her minor child, Z.J-B.

Karen Hylton is an Intervenor in both this Court and the district court as to Defendants Sutton, Tejera, Al-Shrawi, Novick, and the District of Columbia.  Ms. Hylton is not an Intervenor against Andrew Zabavsky.

1

There were no *amici* before the district court, and none are currently anticipated in this Court.

## II.    RULINGS UNDER REVIEW

The ruling under review is the February 7, 2025 Order issued by the Honorable Jia M. Cobb, granting in part, and denying in part, defendant Zabavsky's motion to dismiss.  ECF No. 161.  A memorandum opinion accompanying the order was issued on February 7, 2025.  ECF No, 162.

## III.    RELATED CASES

The case under review has not previously been before this Court.  The case continues to proceed in the district court against the District of Columbia.  *Amaala Jones-Bey v. District of Columbia*, U.S. Dist. Ct. Case No. 21-CV-2674-JMC.  This case has not been before any other court.

Two other cases have been filed that involve the same or similar parties and issues.  All have been consolidated with the case under review.  *See Karen Hylton v. District of Columbia*, D.C. Super. Ct. Case No. 2021 CA 004920-B (removed then consolidated); *Karen Hylton v. District of Columbia*, D.C. Dist. Cr. Case No. 22-CV-00551-JMC (consolidated); *Amaala Jones-Bey v. District of Columbia*, D.C. Dist. Ct. Case No. 21-CV-2785-CJN (consolidated).

There was a criminal case before the United States District Court for the District of Columbia based upon the same underlying events and involving some of

the same parties. *United States v. Sutton, et al.*, D.C. Dist. Ct. No. 21-CR-598-PLT.

Intervenor Hylton filed an appeal in this Court which was dismissed by this Court.

Case No. 24-3118 (en banc)(rehearing denied). Defendants Zabavsky and Sutton

appealed their convictions to this Court (Case No. 24-3142, 24-3131). On January

22, 2025, President Donald Trump issued full and unconditional pardons to Andrew

Zabavsky and Terence Sutton. On February 24, 2025, this Court vacated the

judgments against Sutton and Zabavsky and remanded them to the District Court

with instructions to dismiss the cases as moot. On February 25, 2025, the D.C.

District Court dismissed the case as moot. D.C. District Court, 1:21-cr-598-PLF,

Dkt. No. 703; 704; 705; 706.


Dated: April 2, 2025                    Respectfully submitted,

                                        */s/ Christopher Zampogna*
                                        Christopher Zampogna
                                        Zampogna, P.C.
                                        1775 Eye Street NW, Suite 1150
                                        Washington, DC 20006
                                        (202)223-6635
                                        caz@zampognalaw.com

                                        *Attorney for Appellant Andrew Zabavsky*

3

<u>Certificate of Service</u>

I hereby certify that on April 2, 2025, I served a true and correct copy of the

foregoing Appellant Andrew Zabavsky's Certification as to Parties, Rulings, and

Related Cases on all parties involved via Pacer, the Court's ECF system.

*/s/ Abraham Bluestone*
Abraham Bluestone
Zampogna, P.C.
