IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMAALA JONES-BEY, *et al.*, | : |
| | : |
| Appellants, | : |
| | : Docket Nos. 24-7122, 24-7123, |
| v. | : and 25-7027 |
| | : |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| | : |
| Appellees. | : |

**<u>APPELLANT ANDREW ZABAVSKY'S STATEMENT OF INTENT NOT TO UTILIZE DEFERRED APPENDIX</u>**

Appellant Andrew Zabavsky does not intend to utilize the deferred appendix option under Fed. R. App. P. 30(c).

Dated: April 2, 2025

Respectfully submitted,

<u>*/s/ Christopher Zampogna*</u>
Christopher Zampogna
Zampogna, P.C.
1775 Eye Street NW, Suite 1150
Washington, DC 20006
(202)223-6635
caz@zampognalaw.com

*Attorney for Appellant Andrew Zabavsky*

<u>Certificate of Service</u>

I hereby certify that on April 2, 2025, I served a true and correct copy of the foregoing Appellant Andrew Zabavsky's Statement of Issues to be Raised on all parties involved via Pacer, the Court's ECF system.

<u>*/s/ Abraham Bluestone*</u>
Abraham Bluestone
Zampogna, P.C.