# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMAALA JONES-BEY, *et al.*, : | |
| : | |
| Appellants, : | |
| : | Docket Nos. 24-7122, 24-7123, |
| v. : | and 25-7027 |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Appellees. : | |

## APPELLANT ANDREW ZABAVSKY'S STATEMENT OF ISSUES TO BE RAISED

Appellant Andrew Zabavsky intends to raise the following issues on appeal:

Whether the district court erred in denying Zabavsky's qualified immunity in its order on his motion to dismiss.

Whether the district court erred in denying Zabvasky's motion to dismiss on the grounds that Zabavsky cannot be liable as a bystander for constitutional violations.

Whether the Court erred in accepting as true allegations which the D.C. District previously determined lack any merit.

Dated: April 2, 2025          Respectfully submitted,

*/s/ Christopher Zampogna*
Christopher Zampogna
Zampogna, P.C.
1775 Eye Street NW, Suite 1150
Washington, DC 20006
(202)223-6635
caz@zampognalaw.com

*Attorney for Appellant Andrew Zabavsky*

<u>Certificate of Service</u>

I hereby certify that on April 2, 2025, I served a true and correct copy of the foregoing Appellant Andrew Zabavsky's Statement of Issues to be Raised on all parties involved via Pacer, the Court's ECF system.

<u>*/s/ Abraham Bluestone*</u>
Abraham Bluestone
Zampogna, P.C.