# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| AMAALA JONES-BEY, *et al.*, | : | |
| | : | |
| Appellants, | : | |
| | : | Docket Nos. 24-7122, 24-7123, |
| v. | : | and 25-7027 |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Appellees. | : | |

## NOTICE OF CHANGE OF ADDRESS

The Clerk and counsel will please note that the undersigned counsel for Appellant Andrew Zabavsky is now at the new address shown below. The telephone number and email address are unchanged.

Dated: April 22, 2025

*/s/ Christopher Zampogna*
Christopher Zampogna
Zampogna, P.C.
1775 Eye Street, NW Ste 1150
Washington, DC 20006
(202)223-6635
caz@zampognalaw.com

Counsel for Andrew Zabavsky

## Certificate of Service

    I hereby certify that on April 22, 2025 I served the foregoing Notice of Address Change on all parties via Pacer, the Court's ECF system.

>
> <u>*/s/ Abraham Bluestone*</u>
> Abraham Bluestone
> Zampogna, P.C.